# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CARTER, et al., | Case No.: 2:16-cv-02697-APG-CWH |
| Plaintiffs | **Order for Status Report** |
| v. | |
| WYNN LAS VEGAS, LLC, | |
| Defendant | |

IT IS ORDERED that the parties shall file a joint status report on or before January 31, 2019.

DATED this 3rd day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE