GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
christian@gabroy.com

THEODORA ORINGHER PC
Jon R. Mower, Esq.
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Tel    (714) 549-6200
Fax    (714) 549-6201
jmower@tocounsel.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CARTER, and MICHAEL SACCO, BLAKE RECK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada domestic limited-liability company, EMPLOYEES(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendant. | Case No: 2:16-cv-02697-APG-CWH<br><br>**STIPULATION AND ORDER FOR DEADLINE TO FILE DISCOVERY PLAN AND SCHEDULING ORDER** |

**STIPULATION AND ORDER FOR
DEADLINE TO FILE DISCOVERY PLAN AND SCHEDULING ORDER**

The parties, by and through their respective counsel of record, submit the following Stipulation And Order For Deadline To File Discovery Plan And Scheduling Order

1.    On January 3, 2017, the Court granted the parties' request to stay the proceedings pending resolution of the Supreme Court of the United States' review of

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

the petition for writ of certiorari filed in <u>Wynn Las Vegas, LLC v. Cesarz</u>, Case Number 16-163 (ECF No. 13).

2.     Such petition for writ of certiorari was denied by the Supreme Court of the United States. <u>Wynn Las Vegas, LLC v. Cesarz</u>, 138 S. Ct. 2670, 201 L. Ed. 2d 1071 (2018).

3.     Following the denial of writ of certiorari in <u>Cesarz</u>, the parties have engaged in discussions regarding the status of litigation and the possibility of resolution.

4.     The parties continue to engage in settlement discussions and are exploring the possibility of mediation.

5.     The parties request a period of sixty days up to and including April 1, 2019 to file a proposed discovery plan and scheduling order should the parties not achieve resolution nor secure a mediation date in such time period.

6.     This request is not sought for any improper purpose or other reason of delay. Rather, it is sought only to conserve expenditures and resources of this litigation while the parties engage in further settlement discussions efforts.

///

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

Wherefore, the parties respectfully request this court extend the current stay for a period of sixty days up to and including April 1, 2019, at which time parties will be required to file a proposed discovery plan and scheduling order.

Dated this 31st day of January 2019.

Respectfully submitted,

/s/ Christian Gabroy
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704

Jon R. Mower, Esq.
Pro Hac Vice
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Tel (714) 549-6200
Fax (714) 549-6201

Attorneys for Plaintiffs

Dated this 31st day of January 2019.

Respectfully submitted,

/s/ Scott Abbott
Scott M. Abbott, Esq.
Nev. Bar No. 4500
Kaitlin H. Paxton, Esq.
Nev. Bar No. 13625
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, NV  89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant

**IT IS SO ORDERED.**

February 4, 2019
Date

UNITED STATES MAGISTRATE JUDGE

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704