KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
Kaitlin H. Paxton          #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CARTER, MICHAEL SACCO, and BLAKE RECK, individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>WYNN LAS VEGAS, LLC, a Nevada domestic limited-liability company, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive; )<br><br>Defendant. ) | Case No. 2:16-cv-02697-APG-CWH<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING RESOLUTION OF DEFENDANT WYNN LAS VEGAS LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(Second Request)** |

The parties, by and through their respective counsel of record, stipulate and request that the Court stay these proceedings pending resolution of resolution of Defendant Wynn Las Vegas, LLC's Motion for Judgment on the Pleadings (ECF No. 24). In support of this Stipulation and Request, the parties state as follows:

1. Defendant filed its Motion for Judgment on the Pleadings ("Motion") on June 7, 2019. (ECF No. 24).

2.  Plaintiffs filed their Response in Opposition to Defendants' Motion for Judgment on the Pleadings on June 21, 2019 (ECF No. 26), and Defendant filed its Reply in Support of Motion for Judgment on the Pleadings on June 28, 2019 (ECF No. 27).

3.  Based on the disposition of Defendant's Motion for Judgment on the Pleadings, judgment may be granted in favor of Defendant in whole or in part, or the case may be allowed to proceed in its current form. Accordingly, the parties believe it would be prudent to stay proceedings in this matter to conserve expenditures and resources until a decision is made on Defendant's Motion.

4.  The parties agree that if this case survives the Motion, they will work cooperatively to submit appropriate deadlines to complete discovery within two weeks of the Court's decision and continue to move this case forward.

5.  This request to stay proceedings is not sought for any improper purpose or other reason of delay. Rather, it is sought only conserve the parties' respective resources while awaiting the Court's decision on Defendant's pending Motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WHEREFORE, the parties respectfully request that the Court stay proceedings in this case until the resolution of Defendant's Motion for Judgment on the Pleadings.

DATED this 8th day of July, 2019.

Respectfully Submitted,

/s/ Kaine Messer
Jon R. Mower, Esq.          *Pro Hac Vice*
THEODORA ORGINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626
Tel: (714) 549-6200
Fax: (714) 549-6201

Christian Gabroy, Esq.        #8805
Kaine Messer, Esq.           #14240
GABROY LAW OFFICES
170 South Green Valley Parkway, Suite 280
Henderson, Nevada  89012
Tel: (702) 259-7777
Fax: (702) 259-7704

Attorneys for Plaintiffs

Respectfully Submitted,

/s/ Kaitlin H. Paxton
Scott M. Abbott, Esq.        #4500
Kaitlin H. Paxton, Esq.       #13625
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Wynn Las Vegas, LLC

**IT IS SO ORDERED.**

July 11, 2019

_____
**DATE**

_____
**UNITED STATES MAGISTRATE JUDGE**