# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEVIN CARTER, et al.,

    Plaintiffs

v.

WYNN LAS VEGAS, LLC,

    Defendant

Case No.: 2:16-cv-02697-APG-DJA

**Order Dismissing Case**

I previously dismissed the plaintiffs' claims, with leave to file an amended complaint by March 13, 2020. ECF No. 36.  I advised the plaintiffs that if they did not file an amended complaint by that date, I would dismiss this case with prejudice. *Id.* at 31.  The plaintiffs have not filed an amended complaint.

I THEREFORE ORDER that this action is DISMISSED with prejudice, and the clerk of court is instructed to close this case.

DATED this 30th day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE